No. 167. UNGAR *v.* SARAFITE, JUDGE. Appeal from the Court of Appeals of New York. Probable jurisdiction noted. *Emanuel Redfield* for appellant. *Frank S. Hogan* and *H. Richard Uviller* for appellee.

No. 116. HOSTETTER ET AL. *v.* IDLEWILD BON VOYAGE LIQUOR CORP. Appeal from the United States District Court for the Southern District of New York. Probable jurisdiction noted. MR. JUSTICE BRENNAN took no part in the consideration or decision of this case. *Louis J. Lefkowitz,* Attorney General of New York, *George D. Zuckerman,* Assistant Attorney General, and *Irving Galt,* Assistant Solicitor General, for appellants. *Charles H. Tuttle* and *John F. Kelly* for appellee.

No. 235. UNITED STATES *v.* WELDEN. Appeal from the United States District Court for the District of Massachusetts. Probable jurisdiction noted. *Assistant Attorney General Orrick, Ralph S. Spritzer, Robert B. Hummel* and *Irwin A. Seibel* for the United States. *Edward B. Hanify* for appellee.

No. 137. MASSACHUSETTS TRUSTEES OF EASTERN GAS & FUEL ASSOCIATES *v.* UNITED STATES. C. A. 1st Cir. Certiorari granted. *J. Franklin Fort, James S. Eastham*

and *T. S. L. Perlman* for petitioners. *Solicitor General Cox* for the United States.

No. 169. NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE *v.* ALABAMA EX REL. FLOWERS, ATTORNEY GENERAL. Supreme Court of Alabama. Certiorari granted. *Robert L. Carter, Fred D. Gray* and *Arthur D. Shores* for petitioner. *Richmond M. Flowers,* Attorney General of Alabama, and *Gordon Madison,* Assistant Attorney General, for respondent.

No. 253. MARKS *v.* ESPERDY, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari granted. *Murray A. Gordon* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for respondent.

No. 273. FEDERAL POWER COMMISSION *v.* HUNT ET AL. C. A. 5th Cir. Certiorari granted. *Solicitor General Cox, Ralph S. Spritzer, Richard A. Solomon, Howard E. Wahrenbrock, Robert L. Russell* and *Josephine H. Klein* for petitioner. *Robert E. May* and *Richard F. Generelly* for respondents.

No. 157. PARDEN ET AL. *v.* TERMINAL RAILWAY OF THE ALABAMA STATE DOCKS DEPARTMENT ET AL. C. A. 5th Cir. Certiorari granted. *Al G. Rives* for petitioners. *Richmond M. Flowers,* Attorney General of Alabama, and *Willis C. Darby, Jr.* for respondents.